

1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Facsimile: (619) 557-5004
   Email: thomas.stahl@usdoj.gov

7
   Attorneys for the Plaintiff
8

9
                  UNITED STATES DISTRICT COURT
10
                SOUTHERN DISTRICT OF CALIFORNIA
11

12  THE UNITED STATES OF AMERICA,     )  Case No. '08 CV 0288 LAB CAB
                                       )
13            Plaintiff,               )  COMPLAINT IN CONDEMNATION
                                       )  With Declaration of Taking
14       v.                            )
                                       )  40 U.S.C. § 3114
15  1.91 ACRES OF LAND, MORE OR LESS,  )
    SITUATE IN SAN DIEGO COUNTY, STATE )
16  OF CALIFORNIA; EUGENE and MARY     )
    CZUBERNAT FAMILY TRUST; AND ALL    )
17  OTHER INTERESTED PARTIES,          )
                                       )
18            Defendants.              )
    _____)

19       1.    This is an action of a civil nature brought by the United States of America at the request

20  of the Secretary of the Department of Homeland Security, through the Acting Executive Director, Asset

21  Management, of U.S. Customs and Border Protection, for the taking of property, under the power of

22  eminent domain through a Declaration of Taking, and for the determination and award of just

23  compensation to the owners and parties in interest.

24       2.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

25       3.    The authority for the taking of the land is under and in accordance with the authorities

26  set forth in Schedule "A" attached hereto and made a part hereof.

27       4.    The public purpose for which said property is taken is set forth in Schedule "B" attached

28  hereto and made a part hereof.

5.      A general description of the land being taken is set forth in Schedule "C" attached hereto and made a part hereof. A plan showing the property being taken is shown on Schedule "D" attached hereto and made a part hereof.

6.      The interest(s) being acquired in the property is described in Schedule "E" attached hereto and made a part hereof.

7.      The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G" attached hereto and made a part hereof.

8.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and exigible.

9.      In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: February 13, 2008                    Respectfully submitted,

                                            KAREN P. HEWITT
                                            United States Attorney

                                            Tom Stahl

                                            TOM STAHL
                                            Assistant U.S. Attorney
                                            Chief, Civil Division
                                            Attorneys for Plaintiff

2

1

SCHEDULE "A"
AUTHORITY FOR THE TAKING

2

3      The property is taken under and in accordance with the Act of Congress

4   approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C.

5   Section 3114, and the Act of Congress approved August 1, 1888, as

6   25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts

7   supplementary thereto and amendatory thereof; the Act of Congress approved

8   September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat.

9   3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) &

10  note; and the Act of Congress approved October 4, 2006, as Public Law 109-

11  295, Title II, 120 Stat. 1355, which appropriated the funds which shall be

used for the taking.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION


    A portion of the tract of land currently used as a right of way and identified on the attached Schedule "D", situate in Section 12, Township 18S, Range 8E, San Bernardino Principle Meridian County of San Diego, State of California; the entire tract is also known as Assessors Parcel Numbers 6610900100 and 6610900200, San Diego County, California.

Containing 1.91 acres, more or less, for the portion taken.

1

SCHEDULE "D"

2

3

4

5

6

7

8

9

10

11

12



13

14  A portion of the tract of land currently used as a right of way situate in

15  Section 12, Township 18S, Range 8E, San Bernardino Principle Meridian County

16  of San Diego, State of California; the entire tract is also known as

17  Assessors Parcel Numbers 6610900100 and 6610900200, San Diego County,

    California.

18

19  Containing 1.91 acres, more or less, for the portion taken.

20  **—   PROPOSED TAKING (Acquisition)**

21

22

23

24

25

SCHEDULE "E"
ESTATE TAKEN

The estate taken is a temporary, assignable easement beginning on the

date possession is granted to the United States and ending 180 days later,

consisting of the right of the United States, its agents, contractors, and

assigns to enter in, on, over and across the land described in Schedule "C"

to survey, make borings, and conduct other investigatory work for the

purposes described in Schedule "B" and to access adjacent lands; including

the right to trim or remove any vegetative or structural obstacles that

interfere with said work; reserving to the landowners, their successors and

assigns all right, title, and privileges as may be used and enjoyed without

interfering with or abridging the rights hereby acquired; subject to

minerals and rights appurtenant thereto, and to existing easements for

public roads and highways, public utilities, railroads and pipelines.

SCHEDULE "G"

NAMES AND ADDRESSES OF PURPORTED OWNERS:

Eugene and Mary Czubernat Family Trust
6144 Chrismark Avenue
San Diego, California 92120

≈JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS    FILED |
|---|---|
| The United States of America | 1.91 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; EUGENE ZIMMARY GRUBB; NAT FAMILY TRUST; AND ALL OTHER INTERESTED PARTIES |

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  619-557-7140
Tom Stahl, Assistant U.S. Attorney; Chief, Civil Division, Office of the
U.S. Attorney, 880 Front Street, Rm 6293, San Diego, CA 92101

Attorneys (If Known)

**'08 CV 0288 LAB CAB**

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☒ 1  U.S. Government
       Plaintiff

☐ 2  U.S. Government
       Defendant

☐ 3  Federal Question
       (U.S. Government Not a Party)

☐ 4  Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                       and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☒ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☒ 1  Original
       Proceeding

☐ 2  Removed from
       State Court

☐ 3  Remanded from
       Appellate Court

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       another district
       (specify)

☐ 6  Multidistrict
       Litigation

☐ 7  Appeal to District
       Judge from
       Magistrate
       Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
40 U.S.C. Section 3114

Brief description of cause:
Land Condemnation

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE  Irma E. Gonzalez

DOCKET NUMBER  08cv0142-IEG (AJB)

DATE
02/13/2008

SIGNATURE OF ATTORNEY OF RECORD
*Tom Stahl*

Tom Stahl, Chief, Civil Division
U.S. Attorneys Office

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____