1

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA     FILED

2

| UNITED STATES OF AMERICA | ) | 2008 FEB 13 PM 4:51 |
|---|---|---|

3

Plaintiff,     )     DECLARATION OF TAKING
                            SOUTHERN DISTRICT OF CALIFORNIA

4

vs.     )

                            BY_____YNX_____DEPUTY

5

1.91 ACRES OF LAND, MORE OR LESS,     )     CIVIL NO.

6

SITUATE IN SAN DIEGO COUNTY, STATE OF     )

'08 CV 0288 LAB CAB

7

CALIFORNIA; AND EUGENE AND MARY CZUBERNAT     )

8

FAMILY TRUST, ET AL.     )

9

Defendants.     )

10     )

11

12          I, Robert Janson, Acting Executive Director, Asset Management,

13     Department of Homeland Security, U.S. Customs and Border Protection, under

14     the authority delegated to me by the Act of Congress approved November 25,

15     2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C.

16     Sections 202, 251, 551, and 557, which transferred certain authorities of

17     the Attorney General to the Secretary of Homeland Security; and by DHS

18     Delegation No. 7010.3(II)(B), which delegated land acquisition authority

19     from the Secretary of Homeland Security to the Commissioner of U.S. Customs

20     and Border Protection; and by CBP Delegation 05-006, which delegated land

21     acquisition authority to the Executive Director of Asset Management, do

22     hereby make the following declaration:

23          1.     The property is hereby taken under and in accordance with the

24     authorities set forth in Schedule "A" attached hereto and made a part

25     hereof.

Declaration of Taking - 1

1       2.    The public purpose for which said property is taken is set forth

2 in Schedule "B" attached hereto and made a part hereof.  The said property

3 has been selected under my direction for acquisition by the United States

4 for the above-referenced project in San Diego County, State of California.

5

6       3.    A general description of the land being taken is set forth in

7 Schedule "C" attached hereto and made a part hereof.

8       4.    A plan showing the property being taken is shown on Schedule "D"

9 attached hereto and made a part hereof.

10

11       5.    The estate taken is described on Schedule "E" attached hereto

12 and made a part hereof.

13

14       6.    The sum estimated by the undersigned as just compensation for

15 the land being taken is set forth in Schedule "F" attached hereto and made a

16 part hereof.  The undersigned is of the opinion that the ultimate award for

17 said land probably will be within any limits prescribed by law to be paid

18 therefor.

19       7.    The names and addresses of known parties having or claiming an

20 interest in said property are set forth in Schedule "G" attached hereto and

21 made a part hereof.

22

23

24

25

1    IN WITNESS WHEREOF, the undersigned, Acting Executive Director, Asset

2    Management, Department of Homeland Security, U.S. Customs and Border

3    Protection, hereunto subscribes his name by direction of the Secretary of

4    the Department of Homeland Security, this _04_ day of ___January___, 2008

5    in the City of Washington, District of Columbia.

7    _____

8    Robert Janson

9    Acting Executive Director, Asset Management

10   Department of Homeland Security

11   U.S. Customs and Border Protection

Declaration of Taking - 3

1

SCHEDULE "A"
AUTHORITY FOR THE TAKING

2

3        The property is taken under and in accordance with the Act of Congress

4   approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C.

5   Section 3114, and the Act of Congress approved August 1, 1888, as

6   25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts

7   supplementary thereto and amendatory thereof; the Act of Congress approved

8   September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat.

9   3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) &

10  note; and the Act of Congress approved October 4, 2006, as Public Law 109-

11  295, Title II, 120 Stat. 1355, which appropriated the funds which shall be

12  used for the taking.

13

14

15

16

17

18

19

20

21

22

23

24

25

1

SCHEDULE "B"
PUBLIC PURPOSE

2

3        The public purpose for which said property is taken is to conduct

4    surveying, testing, and other investigatory work needed to plan the proposed

5    construction of roads, fencing, vehicle barriers, security lighting, and

6    related structures designed to help secure the United States/Mexico border

7    within the State of California.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "C"
LEGAL DESCRIPTION


A portion of the tract of land currently used as a right of way and identified on the attached Schedule "D", situate in Section 12, Township 18S, Range 8E, San Bernardino Principle Meridian County of San Diego, State of California; the entire tract is also known as Assessors Parcel Numbers 6610900100 and 6610900200, San Diego County, California.

Containing 1.91 acres, more or less, for the portion taken.

1

SCHEDULE "D"

2

3

4

5

6

7

8

9

10

11

12

13



14

A portion of the tract of land currently used as a right of way situate in

15

Section 12, Township 18S, Range 8E, San Bernardino Principle Meridian County

of San Diego, State of California; the entire tract is also known as

16

Assessors Parcel Numbers 6610900100 and 6610900200, San Diego County,

17

California.

18

Containing 1.91 acres, more or less, for the portion taken.

19

20

**—   PROPOSED TAKING (Acquisition)**

21

22

23

24

25

SCHEDULE "E"
ESTATE TAKEN

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 180 days later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule "C" to survey, make borings, and conduct other investigatory work for the purposes described in Schedule "B" and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule "E" to constitute actual damages, if any.

1

SCHEDULE "G"

2                    NAMES AND ADDRESSES OF PURPORTED OWNERS:

3

Eugene and Mary Czubernat Family Trust

4    6144 Chrismark Avenue
     San Diego, California 92120

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25