Summons in a Civil Action (Rev 11/97)

# United States District Court FILED

SOUTHERN DISTRICT OF CALIFORNIA 2008 FEB 13 PM 4:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATE OF AMERICA<br><br>vs<br><br>1.91 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; EUGENE and MARY CZUBERNAT FAMILY TRUST; AND ALL OTHER INTERESTED PARTIES | SUMMONS IN A CIVIL ACTION<br>BY _____ DEPUTY<br>Case No.<br><br>**'08 CV 0288 LAB CAB** |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tom Stahl, Assistant U.S. Attorney; Chief, Civil Division
Office of the U.S. Attorney
Federal Building
880 Front Street, Room 6293, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                           FEB 13 2008

K. H_____                                      DATE

By _____, Deputy Clerk

Summons in a Civil Action                                           Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)